FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 10 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SAMUEL W. BODMAN, Secretary of Energy, and the UNITED STATES DEPARTMENT OF ENERGY,<br><br>　　Defendants. | No. CV-03-5018-AAM<br><br>FINAL JUDGMENT ON COUNT 3 OF PLAINTIFF'S FIRST AMENDED COMPLAINT (HAZARDOUS WASTE MANAGEMENT ACT) |

　　Having considered the parties' stipulation with regard to the Court's Order entered on January 24, 2005 (Doc. 262) in connection with the cross-motions for summary judgment on Count 3 (Hazardous Waste Management Act) of the State's First Amended Complaint, the Court finds good cause to enter final judgment on Count 3, pursuant to Fed. R. Civ. P. 54. Accordingly,

　　IT IS HEREBY ORDERED THAT final judgment is entered with regard to Count 3 of the plaintiff's First Amended Complaint. By entry of this final judgment, the Court notes that, pursuant to the October 2003 Settlement Agreement entered into by the United States and the State and the terms of the M-91 Milestones in the Hanford Federal Facility Administrative Consent Order (HFFACO), entry of final judgment on Count 3 in favor of the State has the effect,

FINAL JUDGMENT ON COUNT 3 OF PLAINTIFF'S FIRST AMENDED COMPLAINT
(HAZARDOUS WASTE MANAGEMENT ACT)

as stated in those agreements, of making certain M-91 Milestones enforceable so long as this final judgment remains in effect. The Court finds, with the concurrence of the parties, that no additional relief is necessary, nor is any additional relief awarded, by virtue of the entry of final judgment on Count 3 (Hazardous Waste Management Act) of the State's Complaint.

SO ORDERED.

DATED: January 10, 2006.

Hon. ALAN A. McDONALD
Senior United States District Judge

PRESENTED BY:

MICHAEL J. ZEVENBERGEN
CYNTHIA S. HUBER
CHARLES R. SHOCKEY
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044
(202) 514-5273

Attorneys for Defendants

FINAL JUDGMENT ON COUNT 3 OF PLAINTIFF'S FIRST AMENDED COMPLAINT (HAZARDOUS WASTE MANAGEMENT ACT)